Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:09-cv-00796-LJO-GSA |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE SETTLEMENT CONFERENCE; AND ORDER |
| v. | |
| STERLING ZEPHRON MCELROY, et al. | |
| Defendants. | |

TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANT AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* requesting that this Honorable Court continue the Settlement Conference, in the above-entitled action (presently set for Wednesday, October 20, 2010 at 10:30 AM to a new date of Thursday, November 18, 2010 at 10:30 AM).

Plaintiff's counsel of record, and trial counsel in the above-entitled action, has two (2) calendaring conflicts on Wednesday, October 20, 2010.  Specifically, Plaintiff is ordered to appear before the Honorable Kimberly J. Mueller for a Settlement Conference in the matter of *J & J Sports Productions, Inc. v. Jesus Cavazos Hernandez;* Case No. 2:10-cv-01068-LKK-KJM at 1:30 PM in the United States District Court for the Eastern District of California, Sacramento Division that same day.  Plaintiff is *also* scheduled to appear before the Honorable Lucy H. Koh for a Case Management Conference in the matter of *Joe Hand Promotions, Inc. vs. Toto Wibow Lukito;* Case No. 5:10-CV-

00209-LHK at 2:00 PM in the United States District Court for the Northern District of California, San Jose Division, that same day as well.

In addition, the request for the brief continuance is necessitated by the fact that Plaintiff's Authorized Representative, Joseph M. Gagliardi, President of J & J Sports Productions, Inc. will be out of town on October 20, 2010, also.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Settlement Conference to a new date of Thursday, November 18, 2010 at 10:30 AM.

Respectfully submitted,


Dated: October 14, 2010          */s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2

**<u>ORDER</u>**

3

        It is hereby ordered that the Settlement Conference in civil action number 1:09-cv-00796-LJO-

4

GSA styled *J & J Sports Productions, Inc. v. Sterling Zephron McElroy, et al*., is hereby continued

5

from Wednesday, October 20, 2010 at 10:30 AM, to Thursday, November 18, 2010 at 10:30 AM.

6

7

8

9

IT IS SO ORDERED.

10

        Dated:   **October 18, 2010**                              **/s/ Gary S. Austin**

11

                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28