IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | CASE NO. CV F 09-0796 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 23.) |
| STERLING ZEPHRON McELROY, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:  December 2, 2010**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE